## People of the State of Illinois, ex rel. Mary Miceli, Plaintiff-Appellee, v. Theodore Rembos, Defendant-Appellant.

### Gen. No. 47,987.

First District, First Division.

July 29, 1960.

Rehearing denied August 22, 1960.

Falkenberg and Falkenberg, of Chicago (Charles V. Falkenberg, Jr., of counsel) for defendant-appellant; Benjamin S. Adamowski, State's Attorney of Cook county (Francis X. Riley and Marvin E. Aspen, Assistant State's Attorneys, of counsel) for plaintiff-appellee. Opinion by JUSTICE BURMAN. Not to be published in full.